IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORTH AMERICAN BUTTERFLY ASSOCIATION**, | ) No. 1:17-cv-2651 (RJL) ) ) |
| Plaintiff, | ) ) |
| v. | ) **STIPULATION** |
| **NIELSEN**, *et al.*, | ) ) ) |
| Defendants. | ) ) |

The Parties submit this stipulation to facilitate amendment of the Complaint filed in the above-captioned action to correct a deficiency in Plaintiff's 60-day notice of intent to bring claims under the Endangered Species Act ("ESA").

Plaintiff North American Butterfly Association ("NABA") filed its Complaint on December 11, 2017 seeking declaratory and injunctive relief for Defendants' alleged failure to comply with legal requirements in relation to certain activities in NABA's National Butterfly Center (the "Butterfly Center") property in Mission, Texas.  Defendants are officials within the U.S. Department of Homeland Security and U.S. Customs and Border Protection.  NABA brings claims under the National Environmental Policy Act ("NEPA"), the ESA, and the U.S. Constitution.

To bring claims under the ESA, NABA must provide 60-day notice to the Secretary of Interior and the Defendant agencies.  16 U.S.C. § 1540(g)(2)(A)(i).  On October 4, 2017, NABA sent a notice letter to individuals within the agencies, but not to the Secretary of Interior.  On January 26, 2018, NABA sent a notice letter to the Secretary of the Interior.  In order to

minimize the disruption of these proceedings and inconvenience to the Parties and the Court from the correction of Plaintiff's notice error, the Parties agree to and propose the following:

1. The Second Claim for Relief in the Complaint is voluntarily dismissed without prejudice at this time pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), while all other claims remain;

2. NABA may amend its complaint to reassert claims under the ESA following the expiration of sixty days after NABA mailed its letter to the Secretary of the Interior, or March 27, 2018.  Pursuant to Fed. R. Civ. P. 15(a)(2), Defendants consent to NABA amending its Complaint to bring the ESA claims within 7 days thereafter, on or before April 3, 2018; and

3. Defendants are not required to answer or submit a responsive pleading to the original Complaint.  Defendants' last day to move or answer in response to the Amended Complaint will be 30 days after service of the Amended Complaint.

A proposed order is attached.

Respectfully submitted this 13th day of February 2018,

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>Environment & Natural Resources Division |
| By:  /s/Timothy K. Beeken<br>Timothy K. Beeken (NY 2492650)<br>tkbeeken@debevoise.com | /s/ Lila C. Jones<br>Lila C. Jones (NM 149098)<br>Trial Attorney |
| 919 Third Avenue<br>New York, NY  10022<br>(212) 909-6518 | United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>PO Box 7611<br>Washington, DC  20044-7611<br>Tel: (202) 514-9859<br>Fax: (202) 305-0506<br>Email: lila.jones@usdoj.gov |
| *Attorneys for Plaintiff* |   /s/  *Clifford E. Stevens, Jr.*<br>Clifford E. Stevens, Jr. (D.C. Bar #463906)<br>Senior Trial Attorney |

United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC  20044-7611
Tel: (202) 353-7548
Fax: (202) 305-0275
Email: clifford.stevens@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 13th day of February, 2018, I filed the foregoing documents electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                    /s/ *Lila Jones*
                                                    Lila C. Jones
                                                    Attorney for Defendants