IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NORTH AMERICAN BUTTERFLY ASSOCIATION**, | ) No. 1:17-cv-2651 (RJL) |
| Plaintiff, | ) |
| v. | ) **MOTION TO DISMISS** |
| **NIELSEN**, *et al*., | ) |
| Defendants. | ) |

**MOTION TO DISMISS**

The United States Department of Homeland Security ("DHS"), the United States Custom and Border Protection ("CBP"), and the individuals named in their official capacities as Defendants, hereby move for dismissal of Plaintiff's Amended Complaint, ECF No. 19, ("Compl.") pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) and request entry of judgment in their favor as to Plaintiff's claims for relief under the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321 *et seq*., the Endangered Species Act ("ESA"), 16 U.S.C. 1531 *et seq*, the Fifth Amendment of the Constitution, U.S. CONST. amend. V, and the Fourth Amendment of the Constitution, U.S. CONST. amend. IV. Compl. ¶¶ 63–89.

Plaintiff alleges that Defendants have failed to prepare an Environmental Impact Statement as required by NEPA. Compl. ¶¶ 63–71. Plaintiff further alleges that Defendants have failed to initiate, reinitiate, or complete consultation with the U.S. Fish and Wildlife Service as required by ESA Section 7(a)(2), 16 U.S.C. § 1536(a)(2), Compl. ¶¶ 73–76, and to take affirmative action to conserve ESA-listed species as allegedly required by ESA Section 7(a)(1). Compl. ¶ 77. Finally, Plaintiff alleges two violations of the United States Constitution and

alleges that Defendants have occupied their land in violation of the Fifth Amendment and unlawfully entered in violation of the Fourth Amendment.  Compl. ¶¶ 79–89.

Taking the allegations of fact as true, Plaintiff's claims should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  Plaintiff fails to state a cognizable NEPA claim under APA Section 706(2)(A) because the Amended Complaint does not and cannot identify final agency action, as the APA requires.  Similarly, Plaintiff's ESA Section 7(a)(2) failure-to-consult claim is unripe and fails to state a claim because Plaintiff has not identified an action "authorized," "funded," or "carried out" by Defendants that requires ESA Section 7(a)(2) consultation and for which ESA consultation has not already occurred.  16 U.S.C. § 1536(a)(2).  The Court also lacks jurisdiction to entertain the ESA Section 7(a)(2) claim as to certain road maintenance that has ended due to Plaintiff's withdrawal of authorization for it.  Plaintiff's claim brought under ESA Section 7(a) also fails to state a valid claim.  And finally, Plaintiff's claims under the United States Constitution should be dismissed because they are premature and not ripe and because Plaintiff's Fourth Amendment claim seeks protections which that Amendment does not support.

For all of these reasons and those detailed in the attached Memorandum, Defendants respectfully ask the Court to dismiss all claims in Plaintiff's Amended Complaint and their associated Requests for Relief in their entirety, with prejudice, and enter judgment in their favor.  *See* Compl. ¶¶ 63–89; *see id* at 19–20.

Respectfully submitted this 25th day of May, 2018.

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ *Tyler M. Alexander*
TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorney
Natural Resources Section
601 D St. NW, 3rd Floor
Washington, D.C.  20004
Tel: (202) 305 0238
Fax: (202) 305-0506
tyler.alexander@usdoj.gov

/s/ *Lila C. Jones*
LILA C. JONES (NM Bar No. 148098)
Natural Resources Section
601 D St. NW, 3rd Floor
Washington, D.C. 20004
Tel: (202) 514-9859
Fax: (202) 305-0506
lila.jones@usdoj.gov

*/s/ Clifford Stevens*
CLIFFORD STEVENS (DC Bar No. 463906)
Wildlife & Marine Resources Section
601 D St. NW, 3rd Floor
Washington, D.C. 20004
Tel: (202) 353-7548
Fax: (202) 305-0275
clifford.stevens@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2018, a copy of the foregoing Motion for Dismissal was filed via the Court's electronic case filing (ECF) system, which will send notice to all counsel of record.

/s/ *Tyler M. Alexander*
TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorney
Natural Resources Section
601 D St. NW, 3rd Floor
Washington, D.C.  20004
Tel: (202) 305 0238
Fax: (202) 305-0506
tyler.alexander@usdoj.gov