UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

————————————————————— x

North American Butterfly Association,

        Plaintiff,

        v.

Kristjen M. Nielsen, *et al*,

        Defendants.

————————————————————— x

No. 1:17-cv-02651-RJL

**DECLARATION OF DAVID A. DONATTI**

DAVID A. DONATTI hereby declares as follows:

1.      I am a lawyer with the firm Debevoise & Plimpton LLP.  I was admitted pro hac vice in the above-captioned matter on January 12, 2018 to represent Plaintiff North American Butterfly Association.

2.      I make this declaration based on personal knowledge.

3.      Attached as Attachment A is a true and correct copy of Nolan D. McCaskill, *Trump: Mexico Border Wall Construction to Begin 'in Months'*, POLITICO (Jan. 25, 2017), which I downloaded from the web address shown on the document.

4.      Attached as Attachment B is a true and correct copy of Margaret Talev & Jennifer Jacobs, *Trump Advances Border Wall to Start Immigration Crackdown*, BLOOMBERG (Jan. 24, 2017), which I downloaded from the web address shown on the document.

5.      Attached as Attachment C is a true and correct copy of Fernando Alfonso III, *Plans for Donald Trump's Border Wall on Texas Wildlife Refuge in the Works*, HOUSTON CHRONICLE (July 31, 2017), which I downloaded from the web address shown on the document.

6.      Attached as Attachment D is a true and correct copy of Melissa del Bosque, *Records Show Where Trump Plans to Build Texas Border Wall*, TEXAS OBSERVER (Nov. 10, 2017), which I downloaded from the web address shown on the document.

7.      Attached as Attachment E is a true and correct copy of Jeremy Schwartz and Maria Recio, *Budget Deal to Bring 33 Miles of Border Fence to Rio Grande Valley*, AUSTIN AMERICAN-STATESMAN (March 23, 2018), which I downloaded from the web address shown on the document.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June___ _15_, 20 _18_

_____
David Donatti

# ATTACHMENT A

**Trump: Mexico Border Wall Construction to Begin 'in Months'**




**Everyday savings with Original HP Toner** ▸

Free delivery. Price match guarantee.


ey but
t Clinton


**New York AG sues Trump, alleging 'illegal conduct' at his charity**


**Ryan breaks with Trump on splitting families at the border**


**Trump Ordered Troops to the Border, But They're Doing Busywork**


Supreme
down law
clothing



# Trump: Mexico border wall construction to begin 'in months'

By **NOLAN D. MCCASKILL** | 01/25/2017 01:15 PM EST

 

President Donald Trump's border wall is coming soon — "as soon as we can, as soon as we can physically do it" — he said Wednesday, pinning the timetable for construction to begin within "months."

"I would say in months, yeah. I would say in months," the president told ABC News' David Muir in an excerpt of an interview to air later Wednesday. "Certainly, planning is starting immediately."



Trump's proposal for a border wall that Mexico will ultimately pay for has been a staple of his campaign since the day he launched his White House bid on June 16, 2015. From Day One, Trump had said Mexico would pay for his massive border wall, a claim that has evolved into an insistence that Mexico will actually reimburse the U.S. in some form.

"We're gonna be starting those negotiations relatively soon, and we will be in a form reimbursed by Mexico, which I've always said," Trump claimed Wednesday, although he only recently began saying the payment would be a reimbursement.

Trump, who will visit the Department of Homeland Security on Wednesday afternoon, is expected to a sign a set of immigration-related executive actions, including one to commence his border wall by directing federal funds for construction. The president's executive actions are also expected to include tripling the number of immigration enforcement agents, increasing the number of Customs and Border Protection staff by 5,000 people, a temporary ban on most refugees and a suspension of visas from Syria and six other countries in the Middle East.

In his interview with ABC News, Trump maintained that Mexico will "absolutely, 100 percent" pay the U.S. back but refused to explicitly concede that taxpayers will foot the bill on the front end. "All it is is we'll be reimbursed at a later date from whatever transaction we'd make from Mexico," he said.

 **Trump repeats debunked voter fraud claim at meeting with Hill leaders**
By **HEATHER CAYGLE**, **BURGESS EVERETT** and **KYLE CHENEY**

Mexican President Enrique Peña Nieto vowed this month that his country will never pay for Trump's wall. "It is evident that we have differences with the new United States government on some issues, such as a wall that Mexico absolutely will not pay for. At no time will we accept anything that goes against our dignity as a country and our dignity as Mexicans," Peña Nieto told Mexican diplomats two weeks ago. He added, "Basic principles such as sovereignty, the national interest and the protection of our citizens are non-negotiable."

ADVERTISING





Trump, however, dismissed Peña Nieto's rhetoric, contending that the Mexican president has no choice but to talk tough and arguing that a border wall would be fruitful for both countries.

"I think he has to say that. He has to say that," Trump said. "But I'm just telling you there will be a payment. It will be in a form, perhaps a complicated form, and you have to understand, what I'm doing is good for the United States. It's also gonna be good for Mexico. We wanna have a very stable, very solid Mexico."

Share on Facebook    Share on Twitter

This article tagged under:

White House    Immigration    Mexico    Border Security    Donald Trump

Immigration Reform    Border    Immigrants    President Donald Trump

Donald Trump Presidency

# ATTACHMENT B

**Trump Advances Border Wall to Start Immigration Crackdown**

# Trump Advances Border Wall to Start Immigration Crackdown

**bloomberg.com**/news/articles/2017-01-25/trump-to-unveil-plans-for-mexico-border-wall-in-security-push

- The president signs action beginning construction planning

- Suspension of refugees and cut in admissions expected Thursday



Trump: U.S. Will Get Back Its Borders

President Donald Trump acted on two of the most fundamental -- and controversial -- elements of his presidential campaign, declaring on Wednesday that he would build a wall on the border with Mexico and greatly tighten restrictions on who can enter the U.S.

Trump signed a pair of orders to set in motion the construction of a "physical wall" across the 1,989-mile length of the southern border and to strengthen immigration enforcement within the U.S. The second order includes an attempt to crack down on "sanctuary cities" that refuse to allow their police to enforce federal immigration law.

> Big day planned on NATIONAL SECURITY tomorrow. Among many other things, we will build the wall!
>
> — Donald J. Trump (@realDonaldTrump) January 25, 2017

"Beginning today, the United States of America gets back control of its borders, gets back its borders," Trump said in a speech at the Department of Homeland Security, where he signed the two actions. The agency has primary jurisdiction over the border and would enforce many of Trump's immigration restrictions.

Trump pointed out families in the audience with relatives who had been killed by undocumented immigrants. He predicted that a wall and more aggressive immigration enforcement "will save thousands and thousands of lives."

The Trump administration is also considering a 120-day suspension of refugee admissions and cutting the total number allowed into the U.S. in the current fiscal year to 50,000 from 110,000. Those actions may be announced Thursday to deliver on Trump's campaign promise of "extreme vetting" of those from countries plagued by terrorism, according to a person familiar with the plan.

The moves may also include an order directing the Pentagon and State Department to provide a plan to create safe areas in Syria and the surrounding region in which Syrian nationals displaced from their homeland can await firm settlement.

## Mexico Reimbursement

In an interview with ABC News, Trump said that construction on the wall could begin "within months" and that Mexico will reimburse the U.S. for the cost, though Trump has indicated he will ask Congress to spend billions of federal tax dollars upfront.

"Ultimately, it will come out with what's happening with Mexico," Trump said, according to part of an interview released on Wednesday. "We're going to be starting those negotiations relatively soon."

The Mexican peso, which has been among the worst performing major currencies since the U.S. election, reversed earlier losses after news of Trump's plan emerged and was up 2.2 percent at 5:00 p.m. in New York. The prospect of a large-scale construction project on the border that will drive up demand for cement, concrete and crushed stone had investors bidding up stocks of building-materials companies.

## More Agents

The executive order regarding the wall instructs the Department of Homeland Security to deliver a report in six months detailing how to build the barrier and how much money Congress will be asked to provide, both for construction and to acquire land from private owners on the border.

The order specifies that the wall must be "a contiguous, physical wall or other secure, contiguous and impassable physical barrier," a definition that appears to prohibit fencing or electronic surveillance.

Trump called for hiring 5,000 additional Border Patrol agents and 10,000 immigration officers, though that move is subject to available appropriations. And Trump directed the Department of Homeland Security to allocate what money it can to building new detention facilities to house undocumented immigrants apprehended near the border.

The order prioritizes the removal of immigrants who have been convicted or charged with a criminal offense or abused public benefits provided by the government, similar to the policy President Barack Obama set.

## Sanctuary Cities

A second order gives the Attorney General and Secretary of Homeland Security the ability to withhold federal grants from so-called sanctuary cities that do not help the federal government deport immigrants. It's unclear whether that penalty will have any impact, however, because the order says funding cannot be withheld in violation of the law or when federal dollars are needed for law enforcement.

Trump has repeatedly said he would force the Mexican government to pay for the wall, but may use existing appropriations for border security to start construction. Mexico's government has rejected the notion that it will ever pay for the wall.

"I don't think Mexico is going to appropriate dollars from their Congress to pay for this," Representative Michael McCaul, a Texas Republican who chairs the House Homeland Security Committee, said at an event hosted by Bloomberg Government Wednesday morning.

In televised address Wednesday evening, Mexican President Enrique Pena Nieto said that his nation has no intention of paying for the wall. He said Mexico deserves respect as an autonomous nation and declined to say if he would make a planned trip to Washington on Jan. 31.

Higher visa fees for citizens of Mexico and Central American countries could help offset the cost, he said. He pegged the price of the wall at $10 billion to $20 billion and said his committee would have to authorize the project.

## Spending Request

Representative Tom Cole, an Oklahoma Republican who chairs an appropriations subcommittee, said he expects Trump to submit a request for extra spending this year for both border security and the military.

The S&P 500 Materials Sector Index is up 11 percent since the November election on bets that Trump would follow through on his promise. Among companies, Vulcan Materials Co., the biggest U.S. sand and gravel supplier by market value, advanced 2.4 percent to $135.48 at

3:52 p.m. in New York. Cement makers Martin Marietta Materials Inc. and Eagle Materials Inc. also rose, and Germany's HeidelbergCement AG surged the most in two months.

## 'Polarizing Policy'

The border wall -- and who will pay for it -- has already drawn fire from Democrats.

"The bottom line here is this is another divisive policy and it's another polarizing policy," Senator Ron Wyden of Oregon said in an interview with CNN on Wednesday. "I think the American people are going to be able to see through this."

On a conference call with reporters led by the pro-immigrant group America's Voice, activists said Trump's actions would ultimately harm the country.

"Donald Trump is wasting absolutely no time taking a wrecking ball to the Statue of Liberty," said Lynn Tramonte, deputy director of America's Voice Education Fund, which advocates for undocumented immigrants. "He'll be walling our country off, both figuratively and literally."

Trump made no secret of his plans for immigrants during his campaign. His next target is expected to be a U.S. refugee program that President Barack Obama expanded in his second term in response to strife across Africa and the Middle East.

Trump has warned that the U.S. risked allowing extremists to slip into the country disguised as refugees, pointing to terrorist attacks such as the killing of a French priest and a bombing at a German music festival. He's said Germany's admission of hundreds of thousands of refugees fleeing the Syrian civil war was a "disaster."

The U.S. admitted about 12,500 refugees from Syria in the fiscal year that ended Sept. 30, according to State Department figures. About 85,000 refugees from across the world were resettled that year, up from about 70,000 the year before.

No refugee from the Syrian civil war has been implicated in a terrorist attack within the U.S.

## Visa Vetting

McCaul said in an interview that he expects Trump to sign an executive action to require stronger vetting of visa applications for people coming from countries including Libya, Yemen, Somalia, Iraq and Iran. He said it would be up to Congress to specify how the vetting is conducted.

"The executive order isn't going to get that much in detail," he said.

Trump once proposed a temporary ban on all Muslim immigration to the U.S.; after drawing bipartisan criticism, he subsequently proposed blocking immigration from countries with a "proven history" of terrorism. Other than Syria, he hasn't specified what countries would meet that definition.

*— With assistance by Toluse Olorunnipa, Laurie Asseo, Nafeesa Syeed, Justin Sink, Shannon Pettypiece, Bill Faries, Laura Litvan, and Nick Wadhams*

(Updates with comment from Mexican president in 17th paragraph.)

Print

# ATTACHMENT C

**Plans for Donald Trump's Border Wall
on Texas Wildlife Refuge in the Works**

 **Local    US & World    Sports    Business    Entertainment    Li**

# Plans for Donald Trump's border wall on Texas wildlife refuge in the works

By Fernando Alfonso III   Updated 9:13 am, Monday, July 31, 2017

✉   f   🐦   𝓟   ☺   g+                                                    🖨   💬 5



IMAGE 1 OF 28

*See some of the proposed designs submitted for a potential U.S.-Mexico border wall...*



New York, NY: This Unbelievable, Tiny Company Is Disrupting A $200 Billion Industry

EVERQUOTE

Private contractors and the U.S. Customs and Border Protection (CBP) have spent the past six months working on the first part of President Donald Trump's border wall in Texas.

The first part of the wall on the federally owned Santa Ana Wildlife Refuge in South Texas is in the works, according to the **Texas Observer**.

The 2,088-acre refuge could see an 18-foot high wall erected on it in Jan. 2018.

**HOLD UP:** U.S. Senate contender says no wall needed with Mexico



Conservationists have **already raised concerns** over the disruption Trump's wall could create to the refuge, particularly with birders.

Carlos A. Díaz, the southwest border branch chief for CPD, called the discussion of specific border wall locations "premature."

"Currently we are in the research and planning process for construction of new wall," Diaz told **Chron.com**. "At this point the only specific projects that we're going to be working on, are the 35 gates in the Rio Grande Valley as authorized by the enacted FY17 Budget. Basically there are a number of gaps on the wall through RGV and those gates will be installed to close said gaps.
In regards to new Wall construction projects in the Rio Grande Valley, funding will come from the FY18 budget."

In **April**, construction companies eager to work on the wall released their designs that ranged from the futuristic to the rustic. Texas Republican Will Hurd provided a counter plan to Trump's $20 billion wall with the "**Secure Miles with All Resources and Technology Act,**" or SMART Act.

**POLL:** Texans still hot on immigration issues, but oppose border wall

Hurd's proposal would use Silicon Valley technology to monitor and secure the border.

# ATTACHMENT D

## Records Show Where Trump Plans to Build Texas Border Wall



**OBSERVER**

News   Culture   Archives   Donate

Get the Magazine!

# Records Show Where Trump Plans to Build Texas Border Wall

*The 15 segments of wall would tear through three wildlife areas in the Rio Grande Valley and put more homes and other structures in jeopardy than previously known, the documents show.*



**Click to enlarge.** The map shows planned border wall sections for South Texas. The ratings appear to be based on topography and the legal difficulty of taking over the land. City of Roma, Starr County, Project RGV-002 not included in this map rendition.   *MAP DESIGNED BY JEN REEL, BASED ON ARMY CORPS OF ENGINEERS' MAP ACQUIRED UNDER FOIA.*



by Melissa del Bosque

@MelissalaLinea

Published
Fri, Nov 10, 2017
at 10:01 am CST




Documents obtained by the *Observer* offer new insights into the Trump administration's plans for a border wall in portions of the Rio Grande Valley. A map produced in May by the U.S. Army Corps of Engineers shows where the administration expects to build 33 miles of wall in 15 different segments, including portions that would tear through three wildlife areas. The documents also reveal a rating system the administration is using to rank the difficulty of building each segment, based on the topography and the legal difficulty of taking over the land.

"Nice RV park, many retirees live there permanently," reads the entry for a nearly 2-mile segment that would cut off the Chimney Park RV Resort, the historic La Lomita Chapel and the Riverside Club, a popular hangout for winter Texans. "Western half of segment will impacts [sic] upward of 100 homeowners." The Army Corps rates building the section as "most challenging."







According to the documents, the wall would bisect the Bentsen-Rio Grande Valley State Park, a 797-acre preserve that's one of the top birding destinations in North America. Walls would also run through the neighboring National Butterfly Center, a private nature sanctuary that recently announced it would sue the government to stop construction, as well as the Santa Ana National Wildlife Refuge. The Army Corps of Engineers rates the Santa Ana refuge as an "easy" location, because the land is already owned by the federal government.

In early July, the *Observer* revealed the government's plan to build a 2.9-mile levee wall through Santa Ana, one of the nation's oldest protected wildlife habitats. Located about 10 miles southeast of McAllen, the refuge is home to at least 400 bird species and 450 species of plants, and it hosts both the rare Texas Sabal Palm and the endangered ocelot.

The documents label the wall planned for Santa Ana as a "pilot project." The levee wall there will consist of a concrete base, which will replace the existing earthen levee, topped by an 18-foot steel bollard fence. The Santa Ana segment is projected to cost $45 million — approximately $15 million per mile — and is slated to be completed by July 2019, according to Army Corps of Engineers records.





The 2.9 mile, 32-foot high hybrid levee wall planned for Santa Ana as a $45 million "pilot project." A concrete base will replace the existing earthen levee, topped by an 18-foot steel bollard fence. *U.S. ARMY CORPS OF ENGINEERS/FOIA REQUEST*

The government also has more in mind for Santa Ana than just a wall. An Army Corps PowerPoint presentation shows plans for a cleared 150-foot "enforcement zone" that would run south of the levee wall. The enforcement zone would include an all-weather road bordered by underground fiber-optic motion sensors.

Emails between government engineers and employees from Michael Baker International, the construction firm working on the project, detail the installation of 120-foot-tall video surveillance towers and lights to illuminate the enforcement zone.

**Donate now to support independent, nonprofit journalism.**

"With this type of construction it would be difficult for Santa Ana to stay open," said Scott Nicol, co-chair of the Sierra Club's borderlands team. Nicols requested the documents under the Freedom of Information Act and shared them with the *Observer*. "The 150-foot cleared area [for the enforcement zone] is bigger than the 60-foot wide strips of land they condemned for the border walls 10 years ago."



The 150-foot "enforcement zone" increases the areas of the Santa Ana refuge that will be cleared. *U.S. ARMY*

*CORPS OF ENGINEERS/FOIA REQUEST*

A 150-foot enforcement zone is also being considered for other areas. The zone's footprint appears to put homes and other structures in jeopardy. For a segment near Pharr, the Army Corps of Engineers' analysis states "Many homes within 150' … Church and cemetery directly impacted by enforcement zone."

Records also show that the wall is behind schedule. The government planned to begin construction by breaking ground at Santa Ana as early as October 2017. However, other schedules drafted by the Army Corps of Engineers indicate that work at the refuge could begin as late as next summer.

## 'With this type of construction it would be difficult for Santa Ana to stay open."

In May, Congress approved $341 million for repairs or replacement of existing border walls — a fraction of the $1 billion President Donald Trump requested to build his "big, beautiful" wall. For the Rio Grande Valley, $49 million was earmarked to install 35 gates in the gaps between existing wall segments. If Border Patrol decides to keep the gates closed, access could be restricted to the Sabal Palm Audubon Sanctuary, the homes of several landowners who live south of the wall, acres of farmland and the Nature Conservancy's Lennox Foundation Southmost Preserve in Brownsville.

Nationwide, at least 654 miles of barriers already exist along the nearly 2,000-mile border, but they are primarily in California and Arizona, where most land is federally owned. Attempts to build the wall on private land in Texas a decade ago touched off protests and court battles between landowners and the U.S. government over land condemnations. Several legal cases are still pending.





A segment of levee wall completed in 2011. *U.S. ARMY CORPS OF ENGINEERS/FOIA REQUEST*

This time, battles over the border wall could be even more contentious as the Trump administration targets an increasing number of landowners and protected wildlife habitats.

U.S. Customs and Border Protection declined to comment for this story.

Congressman Filemon Vela, a Brownsville Democrat whose district includes the Santa Ana National Wildlife Refuge, has been a vocal opponent of Trump's wall, even making international headlines when he told the president he could "shove it up your ass." Vela was cautiously optimistic that Democrats would block funding again for Trump's wall in the 2018 budget.

"Trump will only get his border wall funding if Democratic leadership capitulates to his demands," Vela said. "We can only hope that Senator Schumer and Leader Pelosi will draw a line in the sand and oppose money for even an inch of border wall construction."

---

*Melissa del Bosque is a staff writer and a 2016-17 Lannan Fellow at The Investigative Fund.*

Get the latest *Texas Observer* news, analysis and investigations via Facebook, Twitter and our weekly newsletter.

**Enter your email**

[ ] Submit

**Read More:** border wall, Donald Trump, Rio Grande Valley

## You May Also Like:



**The Surge**

by Melissa del Bosque and G.W. Schulz



**ICE Issues More Detainers in Texas, Withholds Crucial Data**

*In the past, ICE regularly wasted local resources by not following up on its own detainer requests. Now, that information is secret.*

by Gus Bova



**In Presidio, a New Public Art Project Crosses Borders**

*The new mural is a small binational gesture reminding those who reside in the margins that they are not forgotten.*

by Sasha von Oldershausen

Popular Articles Now:

**1** Trump Sides with Ken Paxton to Argue Pre-Existing Conditions Protections are Unconstitutional

**2** Greg Abbott's Own Research Shows He Could Remove a Confederate Marker at the Capitol if He Wanted To

**3** Why Some Baptists Weren't Happy with Mike Pence's Stump Speech at Texas Gathering



### AUTHORS

Michael Barajas

Gus Bova

Rose Cahalan

Christopher Collins

Christopher Hooks

Justin Miller

Sophie Novack

Kolten Parker

Naveena Sadasivam

Ben Sargent

Forrest Wilder

### ABOUT US

About the *Texas Observer*

Staff

The Texas Democracy Foundation

The MOLLY National Journalism Prize

Jobs

How to Pitch Us

### CONNECT WITH US

Support Us

Like Us on Facebook

Subscribe to the Newsletter

Advertise

Follow Us on Twitter

Subscribe to RSS Feed

YouTube

### CONTACT

The *Texas Observer*
54 Chicon Street
Austin, Texas 78702
(512) 477-0746

Email the *Observer*





© 2018 The Texas Observer. All rights reserved.   Privacy Policy   |   Terms and Conditions

# ATTACHMENT E

## Budget Deal to Bring 33 Miles of Border Fence to Rio Grande Valley



# Budget deal to bring 33 miles of border fence to Rio Grande Valley

<span style="background:#c00;color:#fff">METRO-STATE</span>                                        f  𝕏  ↗  💬

By Jeremy Schwartz and Maria Recio - American-Statesman Staff



A Border Patrol vehicle guards a section of border fence in Runn, Texas. Kelly West/AMERICAN-STATESMAN

Posted: 4:59 p.m. Friday, March 23, 2018

## *Highlights*

⧉  The Trump administration got just a fraction of $25 billion it sought for a border wall.

⧉  The budget deal prohibits wall construction at the Santa Ana wildlife refuge.

⧉  The deal includes $200 million in funding for powerful surveillance technology.



get the 100% fiber-optic network

fios✓      Learn more ›

WASHINGTON — After threatening a veto earlier in the day, President Donald Trump signed a $1.3 trillion omnibus spending bill Friday that gives his administration significantly less money for border wall construction than it sought and prohibits wall building on a beloved wildlife refuge on the Rio Grande.

The $1.6 billion in border security infrastructure money will build about 33 miles of new fencing in the Rio Grande Valley, about half of what U.S. Border Patrol officials had been pushing for. Trump said he was "very disappointed" in the bill and signaled he will seek more border wall funding in coming years.

The budget deal represented a major victory for local residents, birding enthusiasts and environmentalists, who for months had protested plans for a border wall across the Santa Ana National Wildlife Refuge. The spending bill specifically exempts the 2,000-acre refuge, considered the crown jewel of the U.S. Fish and Wildlife Service's chain of refuges in the lower Rio Grande Valley.

Thanks to the handiwork of U.S. Rep. Henry Cuellar, D-Laredo, the provision specifically protects the eco-tourist area that runs along the Rio Grande River south of Alamo in Hidalgo County. Customs and Border Protection officials had begun surveying the area for a wall or barrier last summer.

"This is a big victory," Cuellar told the American-Statesman. "This is something I wanted excluded."

For three miles where the refuge winds along the river, the Border Patrol will look at using technology and personnel instead of a wall, Cuellar said. He was able to influence the process because he is a senior member of the House Appropriations Committee.

"Keeping the border wall out of the Santa Ana National Wildlife Refuge was a top priority and the barring of border wall funds at the refuge will ensure that Texans and Texas wildlife can enjoy this habitat for years to come," U.S. Rep. Filemon Vela, D-Brownsville, said in a statement.

Outside of Santa Ana, the money will go towards 25 miles of new border wall in surrounding Hidalgo County and eight miles of fencing in Starr County to the west, Vela's office confirmed Friday.

The total number of miles of physical barriers was cut nearly in half for Texas from earlier legislation — from 60 miles of new barriers to 33 miles, with 25 miles going to extend Hidalgo County's levee wall system and 8 miles for rural sections of Starr County where officials say illegal crossings have increased.

Border Patrol agents have called Starr County the most "volatile" stretch of border. There, flooding concerns and local opposition have stymied previous plans to build a border barrier. The county's largest cities sit in flood plains and local officials worry that border fencing could trap floodwaters in places like Roma after heavy rains.

It's not clear where in Starr County the border wall would go, but Border Patrol leaders have told the Statesman that the 500 or so agents who patrol the county are woefully understaffed.

"Starr County wanted 32 miles" for a barrier, Cuellar said. "They ended up with eight miles."

**SPECIAL REPORT: 'Volatile Starr County is ground zero for Texas border wall**

## *About the Author*



**JEREMY SCHWARTZ**  Jeremy Schwartz is a member of the American-Statesman's investigative team and focuses on military, veteran and border security issues.



## *Popular in News*

**1** Family of Austin police officer killed in procession sues funeral home

**2** Unpaid dances led to Austin strip club shooting, lawsuit says

**3** Poll: Most Texans support Medicaid expansion







In Hidalgo County, the 25 miles of new fencing would go on top of flood levees and connect to 30 miles already built during the last round of border wall construction a decade ago. That would nearly seal off the entire county, which had been targeted for increased enforcement by state and federal authorities after a surge in immigrant apprehensions, mostly of Central Americans, in recent years.

The spending bill also calls for nearly $200 million in border security technology. While border area officials have argued a "virtual" wall would be preferable to a physical barrier, civil liberties groups say the suite of new technology being developed by Customs and Border Protection — including drones equipped with facial recognition cameras and artificial intelligence systems that can scan social media accounts — represents a threat to the privacy of millions of border residents.

**READ: Amid privacy concerns, 'virtual' wall brings powerful spy tech to border**



A Statesman investigation last month found that the proposed border surveillance tools have the power to capture reams of personal data from immigrants and U.S. citizens alike, raising privacy questions that neither lawmakers nor department officials have fully answered.


