UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| North American Butterfly Association,<br><br>    Plaintiff,<br><br>    v.<br><br>Kirstjen M. Nielsen, *in her official capacity* as Secretary, United States Department of Homeland Security, *et al.*,<br><br>    Defendants. | No. 1:17-cv-2651 (RJL)<br><br>NOTICE OF DETERMINATION |

**NOTICE OF DEPARTMENT OF HOMELAND SECURITY DETERMINATION**

    The United States hereby provides notice to the Court of a determination pursuant to Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act ("IIRIRA"), 8 U.S.C. § 1101 note, by the Secretary of the Department of Homeland Security ("DHS"). 83 Federal Register 51,472 (October 11, 2018) ("Waiver Determination"). The Waiver Determination extinguishes Plaintiff's National Environmental Policy Act ("NEPA") and Endangered Species Act ("ESA") claims challenging the preparation for and construction of new border infrastructure on Plaintiff's property. *Id.*

    On October 11, 2018, the Secretary published the Waiver Determination in the Federal Register and found that certain areas within the Rio Grande Valley Sector, including the area along a levee running through Plaintiff's property, are areas of high illegal entry and require construction of additional border infrastructure. *Id.* Pursuant to the authority provided the Secretary by IIRIRA, the Secretary waived the applicability of

1

various laws, including NEPA and the ESA, to border infrastructure construction in the specified areas. *Id.*; 8 U.S.C. § 1101 note. So that the Court may consider the Waiver, the United States proposes to file a supplemental brief that will enlarge upon the grounds stated in its pending motion to dismiss. *See* ECF No. 25. The United States conferred with Plaintiff's counsel and Plaintiff does not intend to dismiss its NEPA and ESA claims voluntarily. The parties agree that the Court will benefit from additional briefing and jointly propose the following schedule:

> November 5 – United States' Supplemental Motion to Dismiss
> November 19 – Plaintiff's Opposition
> December 3 – United States' Reply

The United States provides a proposed order adopting the parties' proposed briefing schedule with this Notice.

Respectfully submitted this 12 day of October, 2018.

> JEFFREY H. WOOD
> Acting Assistant Attorney General
> Environment & Natural Resources Division
>
> */s/ Lila C. Jones*
> Lila C. Jones (NM Bar # 148098)
> Trial Attorney
> Clifford E. Stevens, Jr. (D.C. Bar #463906)
> Senior Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> PO Box 7611
> Washington, DC  20044-7611
> Tel: (202) 514-9859
> Fax: (202) 305-0506
> Email: lila.jones@usdoj.gov
>
> *Attorneys for Defendants*