UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| North American Butterfly Association, | No. 1:17-cv-2651 (RJL) |
| Plaintiff, | |
| v. | |
| Kirstjen M. Nielsen, *in her official capacity* as Secretary, United States Department of Homeland Security, *et al.*, | DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS |
| Defendants. | |

**SUPPLEMENTAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

The United States hereby supplements and incorporates its Motion to Dismiss Plaintiff's claims, ECF No. 25 by providing the Court with the Secretary of Homeland Security's ("Secretary") Determination to waive certain laws including the National Environmental Policy Act ("NEPA") and Endangered Species Act ("ESA").

On October 11, 2018, the Secretary invoked and applied her statutory waiver authority under Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act ("IIRIRA"), 8 U.S.C. § 1101 note, to an area which includes Plaintiff's property. Attachment 2 (waiver determination signed by Hon. Kirstjen Nielsen, Secretary of the United States Department of Homeland Security). Given this Waiver Determination, Plaintiff's NEPA and ESA claims now rest entirely on statutory requirements that the Secretary has duly suspended under the authority conferred to her by the IIRIRA. Therefore, under Rule 12(b)(1) and (6), Fed. R. Civ. P, for the reasons stated in its Motion to Dismiss, ECF No. 25, and those provided in the memorandum of

law accompanying this Supplemental Motion, Defendants respectfully move the Court to dismiss Plaintiff's Complaint.

Respectfully submitted this 5th day of November, 2018.

JEFFREY BOSSERT CLARK
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Lila C. Jones*
Lila C. Jones (NM Bar # 148098)
Trial Attorney
Clifford E. Stevens, Jr. (D.C. Bar #463906)
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
PO Box 7611
Washington, DC  20044-7611
Tel: (202) 514-9859
Fax: (202) 305-0506
Email: lila.jones@usdoj.gov

*Attorneys for Defendants*