UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

———————————————————————— x
                                    :

North American Butterfly Association,      :

           Plaintiff,                       :

              v.                           :    No. 1:17-cv-02651-RJL

Kristjen M. Nielsen, *et al*,           :

           Defendants.           :    **SECOND DECLARATION OF MARIANNA TREVIÑO WRIGHT**
———————————————————————— x

MARIANNA TREVIÑO WRIGHT hereby declares as follows:

1. As stated in my prior declaration to this Court on June 15, 2018, I am the Executive Director of the North American Butterfly Association's National Butterfly Center in Mission, Texas (the "Butterfly Center"). I have held this position since July 2012. In my capacity as Executive Director, I am responsible for the operations of the Butterfly Center, planning and overseeing daily activities, and cooperating and communicating with stakeholders as well as local and federal law enforcement agencies.

2. In my position, I often represent the Butterfly Center in its interactions with the Department of Homeland Security ("DHS"), U.S. Customs and Border Protection ("CBP"), and U.S. Border Patrol ("Border Patrol" and, together with DHS and CBP, the "Agencies"), both at the Butterfly Center and outside of it. I make this declaration based on personal knowledge.

3.      Since I joined the Butterfly Center in 2012, I have attended quarterly
landowner stakeholder meetings with Border Patrol. I have continued to attend these
meetings as representative for the Butterfly Center throughout the time period covered by
this lawsuit.

4.      At an August 9, 2018 meeting with Border Patrol at the McAllen Field
office of CBP, Loren Flossman, the Wall Program Portfolio Manager for Border Patrol,
attended with a team to discuss border wall construction. The landowners and other
stakeholders at the meeting were concerned, as many are losing significant stretches of
land, even if it is their livelihood, and some are losing homes, places of worship, and
even family cemeteries. Mr. Flossman did not answer any of the landowners' questions,
saying that they would not be addressed at a public forum. He offered for individuals to
arrange individual appointments with his team, but he said these meetings would have
limited impact. He said the wall design would not change, and there would be no
modifications to it. He told us the scope of accommodations arising from these one-on-
one meetings might include up to four-inch conduits through the wall for irrigation or
wiring. He added that CBP might also consider including gates in the wall. Though
contracts had not been awarded for construction of the first six miles of the border wall to
be built in the Rio Grande Valley, he told us that construction would begin in February
2019.

5.      After that meeting, the Agencies have taken additional acts in furtherance
of their plan to build a wall on the Butterfly Center. On September 6, 2018, CBP
published a proposal for design and construction cutting through the Butterfly Center in

2

the same way as the proposals I had seen previously. A true and correct copy of one such proposal, titled "Fiscal Year 2018 Rio Grande Valley Levee/Border Wall System Construction Projects Overview," is attached as Attachment A.

6.      On October 19, 2018, NABA executed a Right of Entry for Survey and Site Assessment granting the Agencies a temporary right-of-entry upon the Butterfly Center. A true and correct copy of that agreement, titled "Right of Entry for Survey and Site Assessment," is attached as Attachment B.

7.      Then, on October 30, 2018, CBP awarded a construction contract to a private company, SLSCO Ltd., to begin construction on our property by February 2019. A true and correct copy of that announcement, titled "Border Wall Construction Project to Begin in Texas," is attached as Attachment C.

8.      I hoped to discuss these steps at the next landowner stakeholder meeting on November 14, 2018. Though I received an invitation to the meeting and attended, I was not permitted to attend.

9.      Despite rising hostility from the Agencies, NABA continues to cooperate with the Agencies. We intend to honor the terms of the Right of Entry while preserving our rights under the law.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 11 / 19 ___, 20 18

*Marianna Treviño Wright*