# ATTACHMENT A

## Fiscal Year 2018 Rio Grande Valley Levee/Border Wall System Construction Projects Overview



1300 Pennsylvania Avenue NW
Washington, DC 20229

**U.S. Customs and Border Protection**

September 6, 2018

To Whom It May Concern,

U.S. Customs and Border Protection (CBP) is seeking your input concerning the construction of a levee/border wall system in the United States Border Patrol (USBP) Rio Grande Valley (RGV) Sector. Based on the feedback CBP received as a part of its earlier outreach, CBP is extending the due date for comments to November 6, 2018.

CBP proposes to: (1) design and construct approximately 25 miles of levee/border wall system in Hidalgo County, Texas within the USBP's McAllen and Weslaco Stations' area of responsibility (AOR); and (2) design and construct approximately eight (8) miles of border wall system in Starr County, Texas within the USBP's Rio Grande City (RGC) Station AOR. The border wall system project in the RGC Station AOR may include an additional four (4) miles. The McAllen, Weslaco, and Rio Grande City Stations are all located within the USBP's RGV Sector. More information about the projects is included in an attachment to this letter.

CBP is seeking input on potential impacts to the environment, culture, and commerce, including potential socioeconomic impacts, and quality of life. CBP will be conducting environmental site surveys and assessments and is also gathering data and input from state and local government agencies, federal agencies, Native American tribes, and landowners that may be affected by or otherwise have an interest in the construction projects. As the projects progress, there will be additional opportunities for public comment. CBP will prepare environmental planning documents to evaluate potential environmental impacts and make those documents available for public review.

**How to Provide Comments**
Comments and information will be accepted until November 6, 2018. Comments should include data or information that could help inform CBP's analysis of potential impacts. Helpful comments are fact-based, include links to data or research, and provide specific information concerning potential impacts to biological, cultural, and natural resources. If known, your response should include any state and local restrictions, permitting or other requirements that CBP should consider during project siting, construction, and operation.

Page 2

Comments, questions, or concerns can be emailed to CBP at commentsenv@cbp.dhs.gov. Please include "FY18 RGV Border Construction Projects" in the title of your email. Comments received in response to this letter, including names and addresses of those who comment, will be part of the public record. If you are providing a comment about a specific segment, please specify that in your comment (Weslaco Station AOR, McAllen Station AOR, or Rio Grande City AOR).

You may also use the above e-mail address to request project notifications. Further information and Spanish-language materials are available at the following web site:

www.cbp.gov/about/environmental-cultural-stewardship/nepa-documents/docs-review

You may also submit comments, questions, or concerns to the following address:

U.S. Customs and Border Protection
U.S. Border Patrol Headquarters
1300 Pennsylvania Ave. 6.5E Mail Stop 1039
Washington, DC 20229-1100

We appreciate your feedback and help with evaluating the environmental impacts of these projects.

Sincerely,

*[signature: Paul Enriquez]*

Paul Enriquez
Acquisition, Real Estate and Environmental Director
Border Wall Program Management Office, U.S. Border Patrol



# Fiscal Year 2018 (FY18) Rio Grande Valley (RGV) Levee/Border Wall System Construction Projects Overview

The wall system will be similar to other levee and border wall system infrastructure located within the RGV Sector. Below you will find maps showing the locations for levee wall system in Hidalgo County and the border wall system in Starr County. The approximate mileage for each of the three U.S. Border Patrol (USBP) Areas of Responsibility (AOR) is as follows:



**Weslaco AOR** — APPROXIMATELY **14 MILES** (Hidalgo County)

**McAllen AOR** — APPROXIMATELY **11 MILES** (Hidalgo County)

**Rio Grande City AOR** — APPROXIMATELY **8-12 MILES** (Starr County)

Regarding the approximately 25 miles of levee wall system in Hidalgo County, the proposed alignment would be situated on the south face of the northern U.S. International Boundary Water Commission (IBWC) levee. The proposed design includes a reinforced concrete levee wall system to the approximate height of the existing levee with 18-foot tall steel bollards installed on the top of the levee wall system. The project would also include a 150-foot enforcement zone on the south/river side of the levee wall system, detection and surveillance technology that would be incorporated into the levee wall system, automated vehicle gates, pedestrian gates, an all-weather patrol road that would run parallel to the levee wall system, and enforcement zone lighting.



Levee/Border Wall System Hidalgo County



**U.S. Customs and Border Protection**

Regarding the approximately 8 miles of border wall system in Starr County, with the option for 4 additional miles, proposed design includes 20- to 30-foot tall steel bollards, detection and surveillance technology that would be incorporated into the border wall design, pedestrian gates, and an all-weather patrol road parallel to the border wall system. It could also include a 150-foot enforcement zone on the south side of the border wall system and enforcement zone lighting.

**Border Wall System Starr County**





## Additional details of the possible components of the projects are as follows:

- **Levee Wall—** The levee wall would be a concrete wall to the approximate height of the levee crest with 18-foot tall bollards installed in the top of the levee wall.
- **Border Wall System in Starr County—** The bollard wall would be 20- to 30-feet high utilizing 6"x6" concrete filled steel bollards.
- **150-foot Enforcement Zone—** The enforcement zone would be an area extending from the south/river side of the levee wall or border wall systems approximately 150 feet. All vegetation within the 150-foot enforcement zone will be cleared.
- **Gates—** Automated vehicle gates would be installed with a minimum height of 18 feet and minimum width of 20 feet. In addition, gates designed to allow for farming equipment would be installed where appropriate and range in width from 40 to 50 feet. All gates will be motorized overhead sliding gates with an enclosed drive and operator system.
- **Lighting—** LED lighting would be installed as part of this project. CBP would work with the appropriate stakeholders to develop solutions to avoid excess lighting beyond the enforcement zone.
- **All Weather Road—** An all-weather aggregate patrol road (type FC-2) would be constructed on the south side and parallel to the levee or border wall systemand within the 150-foot enforcement zone. The specific location of the road within the enforcement zone would be determined during the design phase of the project.
- **Cameras—** A camera surveillance system would be installed to monitor the wall, the enforcement zone, and southern approach.