# ATTACHMENT B
## Right of Entry for Survey and Site Assessment

1200 Pennsylvania Avenue NW
Washington, DC 20229



**U.S. Customs and Border Protection**

June 8, 2018

North American Butterfly Association
4 Delaware Road
Morristown, NJ 07960

To Whom it May Concern:

   The purpose of this letter is a second attempt to request your written permission to enter upon your land in accordance with the enclosed Right of Entry for Survey and Site Assessment (ROE-S) and accompanying map, which was originally delivered on April 24, 2018. Once you have had an opportunity to review the enclosed documents we invite you to call or email the below listed point of contact to review the material with you and/or to address any questions you may have.

   You are receiving this letter because the U.S. Government has identified a portion of your property that we wish to access for the purpose of conducting environmental assessments, property surveys, appraisals and any other such work which may be necessary and incidental to the Government's assessment of the Property for possible acquisition in support of U.S. Customs and Border Protection's (CBP) construction of border infrastructure authorized by Congress in the Fiscal Year 2018 appropriation and other funded tactical infrastructure projects.

   Border security tactical infrastructure, such as border walls, lighting, and roads, are critical elements to gain effective control of our Nation's borders. The purpose of border security infrastructure is to deter illicit cross-border activity such as drug smuggling, border violence and illegal immigration.

   The planned assessments outlined in the ROE-S are scheduled to occur intermittently over the time period specified in the document. Only the portion of your property that may be affected by construction of border security tactical infrastructure, as shown on the map of the enclosed ROE-S, will be environmentally assessed by the U.S. Government, its agents, employees, and contractors. The ROE-S is required beyond the proposed project area for access to each parent tract monument in order for the surveyor to physically locate the subject area in alignment with adjoining property boundaries. State law requires the surveyor to produce work of sufficient quality as to prevent boundary line disputes and be technically unbiased for all impacted parties. By signing this form, you are granting written permission to the U.S. Government, its agents, employees, and contractors to conduct the assessment activities described. Those activities may commence immediately following execution of the document.

  We hope that you and other landowners in the Rio Grande Valley will assist us in our strategic efforts to secure our Nation's borders. Please review the enclosed ROE-S package, sign and retain one copy for your records, and return two signed copies within seven (7) calendar days from the date you receive this letter via certified mail, and please use the enclosed, pre-addressed and postage-paid envelope. Upon receipt of your signed copies, the U.S. Government will complete and return a fully executed copy for your records. If you are acting in an agent capacity for a corporation or organization, please fill in the Certificate for Corporations and Partnerships found on page-3 of the enclosed ROE-S package. If your property is currently under an active lease, license or is otherwise occupied, please have the tenant or licensee fill in the portion of the ROE-S designated for tenant information, so that consent from that individual can be obtained as well.

  CBP has collaborated with the U.S. Army Corps of Engineers (USACE) to obtain access to the real estate to support the work effort described above. Therefore, if you have any questions, need a new copy of the ROE-S package, or would prefer to set up an in-person appointment, please schedule a meeting within seven (7) days from the date you receive this letter by contacting a USACE Realty Specialist toll free by calling -1-866-848-1221, or you can make contact via email at border.infrastructure.projects@usace.army.mil.

          Sincerely,

          *Loren Flossman*

          Loren Flossman
          Wall Program Portfolio Manager
          USBP Program Management Office
          Directorate
          U.S. Border Patrol

Enclosure

**Border Infrastructure Project(s)**                                   DACW63-9-18-_____

## U.S. CUSTOMS AND BORDER PROTECTION

## DEPARTMENT OF HOMELAND SECURITY

### Right-of-Entry For Survey and Site Assessment

The undersigned, hereinafter called the "Owner", hereby grants to the United States of America, hereinafter called the "Government", a temporary right-of-entry upon Owner's property described below, hereinafter called the "Property." This right-of-entry is granted upon the following terms and conditions:

1. The Government's officers, employees, agents, and contractors shall have the right to enter upon the Property for the purpose of conducting environmental assessments and property surveys, including the right to temporarily store, move and remove necessary equipment and supplies; survey, stake out, appraise, bore and take soil and/or water samples, and perform any other such work which may be necessary and incidental to the Government's assessment of the Property for Border Infrastructure Projects in the Rio Grande Valley Sector area of responsibility.

2. This right-of-entry is irrevocable for a period of three (**3)** months from the date of this instrument. Thereafter, this right-of-entry is revocable for a period of nine (**9)** months with two (2) months notice to the government.

3. The rights granted herein include the right of ingress and egress on other lands of the Owner not described below, provided such ingress and egress is necessary to access the Property and is not otherwise conveniently available to the Government.

4. The Government will give the Owner seventy-two (72) hour notice prior to entry upon the land. The Owner will have forty-eight (48) hours to notify the Government that entry upon the land as noticed by the Government is not possible due to a conflicting event to be held on the Property. If the Owner invokes this right of conflict on two occasions, the Government may then enter the property with no notice. Separately, the government agrees that it will not enter the land on the following dates: Novemeber 3-6, 2018, and November 9-10, 2018.

5. All tools, equipment, and other property taken upon or placed upon the land by the Government shall remain the property of the Government. No tools, equipment, or other property will be stored upon the landby the government, except when in actual or imminent use, except that markers with an X on them (for aerial surveys) and survey stakes and boundary markers may be left on the property.

6. If any action of the Government's officers, employees, agents, or contractors in the exercise of this right-of-entry results in damage to real property, an administrative claim can be made using a Standard Form (SF) 95 (Claim for Injury, Damage, or Death). The SF 95 must include supporting documentation and state a claim for monetary damages in a sum certain amount for any alleged loss or damage of property, and must be filed within two years after the claim accrues. Please submit the SF 95 and supporting

**Border Infrastructure Project(s)**                                    DACW63-9-18-_____

documentation to the CBP Port of Entry or United States Border Patrol station nearest to where the alleged damages occurred.

7. The Property that is subject to this right-of-entry is located in the State of Texas, County of Hidalgo, and is shown on the attached Exhibit Map.

8. I affirm that I have the authority to grant this right-of-entry onto the Property described above.

**Border Infrastructure Project(s)**                          DACW63-9-18-_____

Dated this  19th    day of  Oct.         , 2018  THE UNITED STATES OF AMERICA

**Jeffrey Glassberg**
Digitally signed by Jeffrey Glassberg
DN: cn=Jeffrey Glassberg, o=North American Butterfly Association, ou, email=glassberg@naba.org, c=US
Date: 2018.10.19 09:04:57 -05'00'
_____      By: _____
Owner's signature                                      Loren Flossman, Director
                                                       Border Patrol Air and Marine
 Jeffrey Glassberg                                     Program Management Office,
_____                   Facilities Management and
Owner's printed name                                   Engineering,
                                                       U.S. Customs and Border Protection,
Owner's mailing address:                               Department of Homeland Security

_____
4 Delaware Rd, Morristown, NJ 07960
_____

_____

_____

Home Telephone: _____

Work Telephone:  973-285-0907         

**Owner requires notification prior to entry.   Yes    No    (please circle one)**

If yes, please provide the primary and alternate point of contact (POC) and phone number and/or email.
Primary POC: _____
Alternate POC: _____

3

**Border Infrastructure Project(s)**                    DACW63-9-18-_____

## CERTIFICATE OF AUTHORITY
*(applicable for Corporations and Organizations)*

**I**,_____*(name)*, certify that I am the _____ *(position held in organization)* of the_____*(organization)*, duly organized and registered in the State of Texas; that_____*(executor of instrument)*, who signed the foregoing instrument on behalf of the grantee, was then _____*(position of executor of instrument)* of said _____*(organization)*.  I further certify that the said officer was acting within the scope of powers delegated to this officer by the governing body of the grantee in executing said instrument.

**IN WITNESS WHEREOF,** I have hereunto set my hand, and the seal of the _____*(organization)*, this_____day of_____, 20_____.

By: _____

Typed Name: _____

Title: _____

**NOTE**: THE PERSON SIGNING THE ABOVE CERTIFICATE <u>CANNOT</u> BE THE SAME PERSON THAT SIGNED THE RIGHT-OF-ENTRY.

**Border Infrastructure Project(s)**                                    DACW63-9-18-_____

CONSENT OF TENANT:  *(if applicable)*

I hereby consent to the use of the property by the Government in accordance with this right-of-entry.

_____
Tenant's Signature

_____
Tenant's Printed Name

Owner's Mailing Address:
_____

_____

_____

Home Telephone: _____

Work Telephone: _____

_____

**Tenant requires notification prior to entry.     Yes          No    (please circle one)**

If yes, please provide the primary and alternate point of contact (POC) and phone number and/or email.
Primary POC: _____
Alternate POC: _____

5



official.

April 12, 2018