IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORTH AMERICAN BUTTERFLY ASSOCIATION**, | ) No. 1:17-cv-2651 (RJL) ) ) ) |
| Plaintiff, | ) **NOTICE OF SUPPLEMENTAL** ) **AUTHORITY ON DEFENDANTS'** |
| v. | ) **SUPPLEMENTAL MOTION TO** ) **DISMISS (ECF No. 34)** |
| **NIELSEN**, *et al.*, | ) ) |
| Defendants. | ) ) |

Federal Defendants file this notice of supplemental authority for their supplemental motion to dismiss Plaintiff's claims under the National Environmental Policy Act ("NEPA") and the Endangered Species Act ("ESA") challenging the preparation for and construction of border infrastructure on its property.  ECF No. 34.  As explained in the supplemental motion to dismiss, Plaintiffs' claims under NEPA and the ESA have been extinguished by the October 4, 2018 waiver of NEPA, the ESA, and other laws for the project at issue under the Illegal Immigration Reform and Immigrant Responsibility Act ("IIRIRA"), 8 U.S.C. § 1101, by the Secretary of the Department of Homeland Secretary ("Secretary").  ECF No. 34-1 at 1-12.  In the supplemental motion to dismiss, Defendants noted that the Secretary's waiver authority under IIRIRA for border infrastructure projects has withstood every judicial challenge, including most recently in *In re Border Infrastructure Envtl. Litig.*, 284 F. Supp. 3d 1092 (S.D. Cal. 2018) (dismissing NEPA and ESA claims in three consolidated cases challenging border infrastructure projects near San Diego and Calexico, California).  On February 11, 2019, the Ninth Circuit upheld the

district court's decision in that case. *In re Border Infrastructure Envtl. Litig*, Case No. 18-55474, 2019 WL 509813 (9th Cir., Feb. 11, 2019), attached as Exhibit 1. The Ninth Circuit noted that although the plaintiffs argued that the environmental review requirements for the projects at issue became effective before the Secretary issued the waivers for those projects, "the waiver provision says nothing about *when* the agency must invoke its authority, and we strain to see what relief could be granted once [the Secretary] issued the waivers." *Id*. at 16, n.8 (emphasis in original).

Respectfully submitted this 14th day of February, 2019.

Jean E. Williams
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Clifford E. Stevens, Jr.*
Clifford E. Stevens, Jr. (DC Bar No. 463906)
Senior Trial Attorney
Tyler M. Alexander (CA Bar No. 313188)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
601 D St. NW, 3rd Floor
Washington, D.C. 20004
Tel: (202) 353-7548
Fax: (202) 305-0275
clifford.stevens@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2019, a copy of the foregoing document was filed via the Court's electronic case filing system, which will send notice to all counsel of record.

/s/ *Clifford E. Stevens, Jr.*
CLIFFORD E. STEVENS, JR.
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
601 D St. NW, 3rd Floor
Washington, D.C. 20004
Tel: (202) 353-7548
Fax: (202) 305-0275
clifford.stevens@usdoj.gov