UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 1 4 2019
Clerk, U.S. District and
Bankruptcy Courts

NORTH AMERICAN BUTTERFLY )
ASSOCIATION,                )
                            )
    Plaintiff,              )
                            )
v.                          )   Civil Case No. 17-2651 (RJL)
                            )
KIRSTJEN M. NIELSEN, *et al.* )
                            )
    Defendants.             )

**ORDER**
(February 14, 2019) [Dkt. ## 25, 34]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motions to dismiss [Dkt. ## 25, 34] are **GRANTED**, plaintiff's constitutional claims are **DISMISSED without prejudice**, and plaintiff's statutory claims are **DISMISSED with prejudice**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge