## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION, *a nonprofit organization located at* 4 Delaware Road, Morristown, NJ 07960,<br><br>    Plaintiff,<br><br>  -against-<br><br>ALEJANDRO MAYORKAS, *in his official capacity as* Secretary, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, *in his capacity as* Senior Official Performing the Duties of the Commissioner, U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as* Chief, UNITED STATES BORDER PATROL; AUSTIN L. SKERO, *in his official capacity as* Acting Chief Patrol Agent, UNITED STATES CUSTOMS & BORDER PROTECTION RIO GRANDE VALLEY BORDER PATROL SECTOR,<br><br>    Defendants. | Civil Case No. 17-2651 (RJL) |

### [Proposed] ORDER

Upon consideration of Plaintiff's Motion for Leave to file a Second Amended Complaint, Defendants' response thereto, and the entire record herein, it is **ORDERED** that the Plaintiff's motion is granted.

Dated: _____                       _____
                                          Richard J. Leon
                                          United States District Judge